UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| KURT BESEKE, | Civil No. 09-3314 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER** |
| NCB MANAGEMENT SERVICES, INC., | |
| Defendant. | |

_____

Peter F. Barry, **BARRY & SLADE, LLC**, 2021 East Hennepin Avenue, Suite 195, Minneapolis, MN 55413, for plaintiff.

Thomas Schaefer, **ERSTAD & RIEMER,** 8009 34th Avenue South, Suite 200, Minneapolis, MN 55425, for defendant.

This matter is before the Court upon the stipulation of dismissal filed by the parties on August 20, 2010 [Docket No. 17].

**IT IS HEREBY ORDERED** that the above-entitled action be, and the same hereby is, **DISMISSED WITH PREJUDICE** and on its merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: August 23, 2010
at Minneapolis, Minnesota.

                                                         s/ John R. Tunheim
                                                         JOHN R. TUNHEIM
                                                United States District Judge